# EXHIBIT B

Joseph E. Addiego III (CA SBN 169522)
Frederick A. Haist (CA SBN 211322)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:	(415) 276-6500
Facsimile:	(415) 276-6599
Email:	joeaddiego@dwt.com
	frederickhaist@dwt.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF MARIN

UNLIMITED JURISDICTION

| | |
|---|---|
| Veronica Gonzales,<br><br>             Plaintiff,<br><br>      v.<br><br>JPMorgan Chase Bank, N.A. *et al.*,<br><br>             Defendants. | Case No. CIV2001401<br><br>**NOTICE OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 and 1441**<br><br>Complaint Filed June 19, 2020 |

Case No. CIV2001401

NOTICE OF NOTICE OF REMOVAL

4812-6802-5030v.1 0036234-000905

TO PLAINTIFF VERONICA GONZALES AND TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT on August 7, 2020, Defendant JPMorgan Chase Bank, N.A. filed a Notice of Removal of this action in the United States District Court for the Northern District of California. A true and correct copy of said Notice of Removal is attached hereto as Exhibit 1 and is served and filed herewith. The action has therefore been removed to the United States District Court for the Northern District of California, and, pursuant to 28 U.S.C. § 1446(d), "the State court shall proceed no further unless and until the case is remanded."

DATED: August 7, 2020

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP

By: _____
Joseph E. Addiego III
Frederick A. Haist

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

NOTICE OF NOTICE OF REMOVAL

1   Case No. CIV2001401

4812-6802-5030v.1 0036234-000905

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is David Wright Tremaine LLP, 505 Montgomery Street, Suite 800, San Francisco, CA 94111. On August 7, 2020, I served the within document(s):

**NOTICE OF NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332 and 1441**

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ OVERNIGHT COURIER – by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via Federal Express.

**Veronica Gonzales**                                                   **Plaintiff In Propria Persona**
**36 Rustic Way**
**San Rafael, California 94901**
**Tel: (415) 717-2111**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 7, 2020 at San Francisco, California.

                                                                     Amanda Henderson