Joseph E. Addiego III (CA SBN 169522)
Frederick A. Haist (CA SBN 211322)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599
Email:          joeaddiego@dwt.com
                    frederickhaist@dwt.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Veronica Gonzales,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMorgan Chase Bank, N.A. *et al.*,<br><br>    Defendants. | Case No. 3:20-cv-05494-DAW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS COMPLAINT**<br><br>Date:          October 1, 2020<br>Time:         1:30 pm<br>Courtroom: TBD<br>Judge:        Kandis A. Westmore<br><br>Complaint Filed    June 19, 2020<br>Removal Filed:     August 10, 2020 |

Defendant JPMorgan Chase Bank, N.A. respectfully submits this Request for Judicial Notice in support of its Notice of Motion and Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6).

Under Federal Rule of Evidence 201, Chase respectfully request that the Court take judicial notice of the following document, a true and correct copy of which are attached hereto as Exhibits 1-12:

| Exhibit | Description |
|---|---|
| 1 | Voluntary Petition for Bankruptcy filed on May 7, 2014 in US Bankruptcy Court, Northern District of California, Case No. 14-30710 |
| 2 | Voluntary Petition for Bankruptcy filed on September 19, 2016 in US Bankruptcy Court, Northern District of California, Case No. 16-31010 |
| 3 | Voluntary Petition for Bankruptcy filed on April 1, 2017 in US Bankruptcy Court, Northern District of California, Case No. 17-30359 |
| 4 | Voluntary Petition for Bankruptcy under Chapter 7 filed on May 31, 2017 in US Bankruptcy Court, Northern District of California, Case No. 17-30533 |
| 5 | Amended Voluntary Petition for Bankruptcy under Chapter 7 and schedules, filed on October 23, 2017 in US Bankruptcy Court, Northern District of California, Case No. 17-30533 |
| 6 | Docket in US Bankruptcy Court, Northern District of California, Case No. 17-30533. |
| 7 | Complaint filed on May 7, 2014 in Marin County Superior Court, Case No. CIV 1401725 |
| 8 | Prospectus Supplement Dated September 20, 2004 for the MASTR Seasoned Securitization Trust 2004-1 |
| 9 | Dismissal filed on May 15, 2014 in Marin County Superior Court, Case No. CIV 1401725 |
| 10 | Complaint filed on July 22, 2014 in Marin County Superior Court, Case No. CIV 1402813 |
| 11 | Complaint filed on October 7, 2016 in Marin County Superior Court, Case No. CV 1603668 |
| 12 | Dismissal filed on February 2, 2017 in Marin County Superior Court, Case No. CV 1603668 |

## I.   LEGAL STANDARD FOR JUDICIAL NOTICE.

A court may take judicial notice of a fact "not subject to reasonable dispute [and] . . . capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); *see also MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986) (stating that a court "may take judicial notice of matters of public record outside the pleadings"). Courts "may presume that public records are authentic and trustworthy." *Gilbrook v. City of Westminster*, 177 F.3d 839, 858 (9th Cir. 1999).

Such judicially noticeable public records include recorded documents relating to real

property.  *See, e.g.*, *Velasquez v. GMAC Mortg. Corp.*, 605 F. Supp.2d 1049, 1057-58 (C.D. Cal. 2008); accord *Eng v. Dimon*, 2012 U.S. Dist. LEXIS 120694, at 3 n.4 (N.D. Cal. Aug. 24, 2012). Such materials also include "printout[s] from a government website." *Kenery v. Wells Fargo, N.A.*, 2014 U.S. Dist. LEXIS 117550, *7 (N.D. Cal. 2014) (taking judicial notice of documents recorded with Santa Clara County Recorder's Office and those printed from FDIC website). They also include court records filed in another case.  *See United States v. Howard*, 381 F.3d 873, 876 n.1 (9th Cir. 2004).

## II.   JUDICIAL NOTICE IS APPROPRIATE FOR EACH EXHIBIT.

Exhibits 1-12 are properly the subject of judicial notice, for the following reasons:

**Exhibit 1** is a Voluntary Petition for Bankruptcy filed on May 7, 2014 as Docket No. 1 in *In The Matter of Veronica A. Gonzales*, US Bankruptcy Court, Northern District of California, Case No. 14-30710.  It is a public court record subject to judicial notice.

**Exhibit 2** is a Voluntary Petition for Bankruptcy filed on September 19, 2016 as Docket No. 1 in *In The Matter of Veronica A. Gonzales*, US Bankruptcy Court, Northern District of California, Case No. 16-31010.  It is a public court record subject to judicial notice.

**Exhibit 3** is a Voluntary Petition for Bankruptcy filed on April 1, 2017 as Docket No. 1 in *In The Matter of Veronica A. Gonzales*, US Bankruptcy Court, Northern District of California, Case No. 17-30359.  It is a public court record subject to judicial notice.

**Exhibit 4** is a Voluntary Petition for Bankruptcy under Chapter 7 filed on May 31, 2017 as Docket No. 1 in *In The Matter of Veronica A. Gonzales*, US Bankruptcy Court, Northern District of California, Case No. 17-30533.  It is a public court record subject to judicial notice.

**Exhibit 5** is an amended Voluntary Petition for Bankruptcy under Chapter 7 and Ms. Gonzales's schedules, filed on October 23, 2017 as Docket No. 55 in *In The Matter of Veronica A. Gonzales*, US Bankruptcy Court, Northern District of California, Case No. 17-30533.  It is a public court record subject to judicial notice.

**Exhibit 6** is a copy of the docket in *In The Matter of Veronica A. Gonzales*, US Bankruptcy Court, Northern District of California, Case No. 17-30533.  It is a public court

3

REQUEST FOR JUDICIAL NOTICE

4836-7442-6567v.1 0036234-000905

record subject to judicial notice.

**Exhibit 7** is a Complaint filed on May 7, 2014 in *Veronica A. Gonzales v. Wells Fargo Home Mortgage, Inc., Northwest Trustee Services, Inc., US Bank, N.A., as successor trustee to Wachovia Bank N.A., as trustee for MSSTR 2004-1, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the Property described in the Complaint adverse to Plaintiff' title, or any cloud on Plaintiff' title thereto, and Does 1-20, inclusive*, Marin County Superior Court, Case No. CIV 1401725.  It is a public court record subject to judicial notice.

**Exhibit 8** is a Prospectus Supplement Dated September 20, 2004 for the MASTR Seasoned Securitization Trust 2004-1.  It is a public record found on the SEC website, https://www.sec.gov/cgi-bin/browse-edgar?action=getcompany&CIK=0001305066&owner=include&count=40.  There cannot be any reasonable dispute about its contents.

**Exhibit 9** is a dismissal filed on May 15, 2014 in *Veronica A. Gonzales v. Wells Fargo Home Mortgage, Inc., Northwest Trustee Services, Inc., US Bank, N.A., as successor trustee to Wachovia Bank N.A., as trustee for MSSTR 2004-1, all persons unknown, claiming any legal or equitable right, title, estate, lien, or interest in the Property described in the Complaint adverse to Plaintiff' title, or any cloud on Plaintiff' title thereto, and Does 1-20, inclusive*, Marin County Superior Court, Case No. CIV 1401725.  It is a public court record subject to judicial notice.

**Exhibit 10** is a Complaint filed on July 22, 2014 in *Veronica A. Gonzales v. Wells Fargo Home Mortgage, Inc., Northwest Trustee Services, Inc., and Does 1-20, inclusive*, Marin County Superior Court, Case No. CIV 1402813.  It is a public court record subject to judicial notice.

**Exhibit 11** is a Complaint filed on October 7, 2016 in *Veronica A. Gonzales v. Wells Fargo Bank, N.A., US Bank, N.A.*, Marin County Superior Court, Case No. CV 1603668.  It is a public court record subject to judicial notice.

**Exhibit 12** is a dismissal filed on February 2, 2017 in *Veronica A. Gonzales v. Wells Fargo Bank, N.A., US Bank, N.A.*, Marin County Superior Court, Case No. CV 1603668.  It is a public court record subject to judicial notice.

REQUEST FOR JUDICIAL NOTICE

4836-7442-6567v.1 0036234-000905

DAVIS WRIGHT TREMAINE LLP

| | |
|---|---|
| DATED: August 13, 2020 | Respectfully submitted,<br>DAVIS WRIGHT TREMAINE LLP<br><br>By: _____<br>    Joseph E. Addiego III<br>    Frederick A. Haist<br>Attorneys for JPMorgan Chase Bank, N.A. |

REQUEST FOR JUDICIAL NOTICE

4836-7442-6567v.1 0036234-000905

## DECLARATION OF SERVICE

I am employed in the City Seattle, County of King, State of Washington, in the office of a member of the bar of this court, at whose direction the service was made. I am over the age of eighteen (18) years, and not a party to or interested in the within-entitled action. I am an employee of DAVIS WRIGHT TREMAINE LLP, and my business address is 920 Fifth Avenue, Suite 3300, Seattle, Washington 98104.

On August 13, 2020, I caused to be served copies of the following document:

- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS COMPLAINT**

I caused the above document to be served on each of the persons listed below by the following means:

☐ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ OVERNIGHT COURIER – by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UPS overnight mail..

☐ BY CM/ECF NOTICE OF ELECTRONIC FILING:  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**Veronica Gonzales**                                              **Plaintiff In Propria Persona**
**36 Rustic Way**
**San Rafael, California  94901**
**Tel:  (415) 717-2111**

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on August 13, 2020 at Seattle, Washington.

*Christine Kruger*
Christine Kruger