UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GONZALES,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., et al.,<br><br>Defendants. | Case No. 20-cv-05494-KAW<br><br>ORDER TO SHOW CAUSE<br><br>Re: Dkt. No. 7 |

On August 13, 2020, Defendant JPMorgan Chase Bank, N.A. filed a motion to dismiss. (Dkt. No. 7.) Pursuant to Civil Local Rule 7-3(a), Plaintiff Veronica Gonzales's opposition was due 14 days after the motion was filed, which was August 27, 2020.

To date, Plaintiff has not filed an opposition or statement of non-opposition.[1] Pursuant to the undersigned's standing order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Judge Westmore's General Standing Order ¶ 23.)

Accordingly, Plaintiff is ordered, on or before September 17, 2020, 1) to file an opposition or statement of non-opposition to the pending motion, and 2) to file a response to this order to show cause explaining why the opposition was not timely filed. Should an opposition be filed, Defendant JPMorgan Chase Bank, N.A. may file a reply on or before September 24, 2020.

///

///

---

[1] Plaintiff was also required to file a consent or declination to magistrate judge jurisdiction by August 20, 2020. As of the date of this order, the Court has not received Plaintiff's consent or declination.

1  The Court CONTINUES the hearing on Defendant JPMorgan Chase Bank, N.A.'s motion
2  to dismiss to October 15, 2020 at 1:30 p.m.
3  IT IS SO ORDERED.
4  Dated: September 3, 2020

_____
KANDIS A. WESTMORE
United States Magistrate Judge