Veronica Gonzales
c/o: 36 Rustic Way
San Rafael, California Republic
**Without the United States**
California Superior Court Plaintiff without an attorney
and One of the People of the California Republic

*"UNITED STATES DISTRICT COURT"*

*"NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION"*

| | |
|---|---|
| VERONICA GONZALES,<br><br>California Superior Court Plaintiff,<br>v.<br><br>JP MORGAN CHASE BANK N.A.;<br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MSSTR 2004-1; WELLS FARGO BANK, N.A.; QUALITY LOAN SERVICE CORPORATION; NORTHWEST TRUSTEE SERVICES. INC.; JULIET BERNAL; and DOES 1 through 20,<br><br>Defendants | **"Case No.":** 4:20-CV-05494-KAW<br><br>**DECLARATION OF VERONICA GONZALES;**<br><br>**BY SPECIAL APPEARANCE;**<br><br>**OBJECTION TO JURISDICTION OF** *USDC* **TO HEAR THE "STATE CASE" FOR LACK OF JURISDICTION;**<br><br>**DEMAND TO REMAND** |

*Special. Private. Priority.*

I, Veronica Gonzales, declare that the following statements are true and correct to the best of my knowledge and belief, except as to the matters which are therein stated upon my information and belief, and as to those matters, I believe it to be true. I understand these statements are made for use as evidence in court and if called to testify, I am competent to testify to the following based upon firsthand knowledge.

1. **I make this Declaration by Special Appearance, not general appearance**.

2. I object to any jurisdiction claimed by this limited jurisdiction, territorial "*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION*" ("*USDC*")

over me or the case filed in Superior Court of California in the County of Marin, Case no. CIV2001401 ("State Case") concerning my home on land within Marin county at a place also designated with the common Post Office address: 36 Rustic Way, San Rafael, California ("PROPERTY").

3. I object and do not recognize that *USDC* has jurisdiction over the State Case, which was recently "removed" (abducted) by Defendants in the State Case and also herein. I do not consent to the jurisdiction of *USDC* nor the removal of the State Case.

4. Pursuant to the first and second Trading with the Enemy Acts and the Emergency War Powers Act, I am not an enemy of the state. I am on peaceful, friendly relations with the United States. I am one of the People of the California Republic, whose ancestors granted *USDC* limited jurisdiction and powers to serve federal territories with jurisdiction to hear cases arising by acts originating within the District of Columbia (craftily named the "United States"), and any land or territories ceded to the District of Columbia or any of its territories under the jurisdiction of the "United States" including districts created using names of the several states, also being federal territories in a political sense, with or without land ceded to the federal government to go with the names of the districts.

5. I am one of the People of the California Republic. I do not reside in federal territory. I do not reside within and my PROPERTY is not located within the District of Columbia nor the Northern District of California, whatever or wherever that may be. I live on the land of the California Republic in my PROPERTY. I am not a U.S. Citizen, firstly, because I find no definition of such nor a static definition of what and where the United States is. I have never been before a court to become a U.S. Citizen in the only procedure I am aware of as described in *City of Minneapolis v. Reum* (1893) 56 F. 576. I was not born or naturalized in the United States, whatever or wherever that may be, and I am not subject to the jurisdiction of the United States because nowhere is the term "United States" defined as the United States of America, nor have I ever found it to include the California Republic. The term "United States" is an imaginary slave plantation of the mind used to con men and women to become persons and slaves to the federal government. The definition is vague and ambiguous within the statutes and I have found no court to resolve the ambiguity.

6. In error, I mistakenly alleged that I was a resident of the State of California, which is not true. However, I do live on California land, so the venue in the Superior Court of California is proper.

7. Since the definition of the term "United States" in the United States Code *never* includes California, which is one of the several states of the union, in the definition, it is resolved that the term "United States" was not meant to include and does not include California.

8. The *USDC* is a territorial court of **limited** jurisdiction, conducting business concerning federal districts, such as the District of Columbia, Guam, Puerto Rico, forts, useful buildings, and the like. It does not have jurisdiction over any cases concerning my PROPERTY, land, and controversies within the several states, including the California Republic, unless the parties consent.

9. I do not consent to have the State Case "removed" to this **limited**, territorial *USDC*.

10. There is no adequate nor complete remedy in a federal district of California, whatever or wherever that may be, therefore equity must prevail and the *USDC* must remand the State Case.

11. California is not part of a federal district, the District of Columbia, or the Northern District of California, whatever or wherever that may be, and California has not been ceded to the United States into the jurisdiction of *USDC*.

12. My PROPERTY is not part of a federal district, the District of Columbia, or the Northern District of California, whatever or wherever that may be, and the land upon which it rests has not been ceded to the United States in which the *USDC* has jurisdiction. There is no evidence to the contrary, unless the federal government has usurped its limited powers and overthrown its restrictions without the authority of the People, from whom it was granted its limited powers in the first place.

13. Research has been done, examining the United States Code and the Code of Federal Regulations. There are over 200 unique definitions of the term "United States". The "United States" is not to be confused with the United States of America ("USA") or any of the several states or states of the union, including the California Republic. The country USA has not been found to be redefined in the codes and has only one meaning, which includes only all fifty states of the union, including California.

14. This deliberate deception on the people to redefine English words into legal expressions within the U.S.C. and C.F.R. is rampant and induces a programmed response from the people when hearing the term "United States" to assume that it means the USA when it does not.

15. For example, California is not included in this following misleading definition:

6 U.S. Code § 101(19)(A) - The term <u>United States</u>", when used in a geographic sense,

means any State of the United States, the District of Columbia, the Commonwealth of Puerto Rico, the Virgin Islands, Guam, American Samoa, the Commonwealth of the Northern Mariana Islands, any possession of the United States, and any waters within the jurisdiction of the United States.

16. This is a typical, misleading, intentionally evasive, and ambiguous definition within the statutes because the term being defined is included as part of its own definition, which, by its own ambiguity, is void on its face. This habitual legislative babble is like this worthless, imaginary definition: "*The term "WheatDuck" means a WheatDuck, and a wrench*." – it tells you nothing in clear, logical reasoning IN ENGLISH, but the *USDC* and legislative writers write thousands of vague and ambiguous definitions this way. It create confusion and controversy, needing legal determinations by judges, who creates their own definition solutions, thereby, supplanting the limitations of power and jurisdiction that was put in place by the People to restrict these courts in the first place.

17. Here is another ambiguous definition:

15 U.S. Code § 15g(2) - The term "State" means a State, the District of Columbia, the Commonwealth of Puerto Rico, and any other territory or possession of the United States.

18. And yet again, another:

31 U.S. Code § 103 - In this title, "United States", when used in a geographic sense, means the States of the United States and the District of Columbia.

19. Many times, the term "United States" is not a place, only a vague concept. Examples are:

28 U.S. Code § 3002 (15)(A) - "United States" means - a Federal corporation.

Cal. Commercial Code § 9307(h) - "The United States is located in the District of Columbia."

11 U.S. Code § 101. Definitions - (55) The term "United States", when used in a geographical sense, includes all locations where the judicial jurisdiction of the United States extends, including territories and possessions of the United States.

20. Other terms proving useful deceptions are:

2001 Federal Criminal Code and Rules, Rule 54 Application of Terms:
(c) "Act of Congress" includes any act of Congress locally applicable to and in force in the District of Columbia, in Puerto Rico, in a territory or in an insular possession.

(c) "State" includes District of Columbia, Puerto Rico, territory and insular possession.

21. But the IRS has perpetrated the greatest scam with ambiguous definitions such as these:

26 U.S. Code § 7701(a)(9) - United States. The term "United States" when used in a

geographical sense includes only the <u>States</u> and the District of Columbia.

26 U.S. Code § 7701(a)(10) – <u>State</u>.  The term "<u>State</u>" shall be construed to include the District of Columbia, where such construction is necessary to carry out provisions of this title.

22. Since terms are not English words; they have no prior definition other than the one given at the moment of the definition, therefore, the term "State" means nothing until the definition appears and has no prior or associated meanings.  The entire meaning is what follows that is not ambiguous.

23. In definitions that use the word "includes" instead of "means", the terms given in the definition is not expansive because the term described has no prior meaning; it is new.  "Includes" is restrictive within only the terms stated in the definition, because there is no prior meaning for a newly defined term to expand the new term.

24. But, in the few cases where the legislature did, in fact, want to change the English meaning of a common English word such as *includes* from restrictive, and change it to mean expansive, the legislature must define each and every exception, such as here:

11 U.S. Code § 102. Rules of construction - In this title - (3) "includes" and "including" are not limiting;

25. This exception in the Bankruptcy Code in Title 11 is put there because "includes" and "including" ***are*** limiting as English words, unless this exception appeared.  It also appears in:

28 U.S. Code § 3003.Rules of construction (a) Terms. - For purposes of this chapter - (1) the terms "includes" and "including" are not limiting;

26. But this is only in Chapter 176 for "Federal Debt Collection Procedure".  It is NOT redefined as "not limiting" within 28 U.S. Code **Chapter 89** - District Courts; Removal of Cases From State Courts.  Therefore, "includes" *is limiting* within 28 U.S. Code Chapter 89.

27. Under 28 U.S. Code Chapter 89 - Removal of Cases From State Courts, Defendants rely in their moving papers for the case removal on 28 U.S. Code § 1441, which begins, "…any civil action brought in a <u>State court</u> of which the district courts of the United States have original jurisdiction, may be removed…"

28. The procedure for removal is found at § 1446, which begins, "…defendants desiring to remove any civil action from a <u>State court</u> shall…"

29. Both sections use the **term** "State court". **What is a "State court"?** The answer is in the same Chapter 89 where the word "includes" is limiting. At § 1451 - Definitions, it states, "For purposes of this chapter [that includes §§1441 & 1446] - (1) The **term** "**State court**" includes the **Superior Court of the District of Columbia**. (2)The term "State" includes the District of Columbia." (*emphasis added*)

30. The **Maxim** of Law at California Civil Code § 3530 states, "That which does not appear to exist is to be regarded as if it did not exist." This is a maxim, so *USDC* must accept that "State court" does not *include* the Superior Court of the State of California because it does not appear to exist within the limiting definition of the term "State court".

31. **The Superior Court of the State of California in Marin County is NOT a "State court".** Only a case pending within the **Superior Court of the District of Columbia** may qualify for removed to *USDC* pursuant to 28 U.S. Code Chapter 89. The PROPERTY, which is the basis of this action, does not lie within a federal territory and the State Case is not pending within the **Superior Court of the District of Columbia**. Nowhere is any Superior Court of the State of California listed as a "State court".

32. This *USDC* cannot argue, decide, overrule, nor create a ruling that is obvious on its face, that this court cannot entertain cases from anywhere except **Superior Court of the District of Columbia**. Defendants did not include this definition in their moving papers to let me know. Defendants have no authority, statute, rule, nor power to remove the State Case to *USDC*.

33. The *USDC* does not have jurisdiction or authority to expand its own restricted, limited jurisdiction or to rule otherwise.

34. Therefore, I am ordering this limited, territorial *USDC* to remand the State Case back to where it came from. I am not requesting this, as this court has no jurisdiction to decide anything in this matter.

35. Defendants have not established federal/*USDC* jurisdiction in this case. 28 U.S. Code § 1447(c) states, "If at any time before final judgment it appears that the district court **lacks subject matter jurisdiction, the case shall be remanded**." (*emphasis added*)

36. The *USDC* shall remand this case back to the Superior Court of the State of California.

37. In order to send this paper to the *USDC*, a "fee" may have been required to have been paid. This paper was also submitted as a "Declaration" for ease of filing. Any requirement of a fee to be paid by me is unconscionable when the *USDC* does not have jurisdiction in the first place. However, I may

have had no choice but to pay the fee up front to make this total lack of jurisdiction by the *USDC* known and get the State Case remanded. Therefore, any tender of fees does not grant any jurisdiction to the *USDC* and all such fees required by *USDC* and forced from me are demanded to be returned to me on or before the remand of the State Case.

38. It is also believed that any fees charged by this *USDC* would force me to violate 12 U.S. Code § 411, which states, "Federal reserve notes, … for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and **for no other purpose**, are authorized." (*emphasis added*) From § 411, I believe that Federal reserve notes cannot be used for any other purpose than stated, including giving them to the *USDC* as a filing fee, in any form, whether by check or credit card. There is no money in circulation, only commercial paper as debt instruments, and it is impossible to pay a court fee with a debt instrument. Fees from me should not have been required to be tendered to the *USDC*, which has no jurisdiction and I should not have to spend time creating a proposed order to be signed. The State Case should not be in *USDC*.

> 12 U.S. Code § 411. Issuance to reserve banks; nature of obligation; redemption – "Federal reserve notes, to be issued .. for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are authorized. …"

39. I do not know if fees will be required to file this Declaration.

40. Additionally, I am also not subject to *USDC* rules, time limits, nor orders (OSC) regarding any responses to the current documents filed by the Defendants into the *USDC* because it has no jurisdiction.

41. Therefore, I do not and will not consent to any actions, orders, or deadlines given or ordered by the *USDC* based upon Defendants' documents.

42. GONZALES hereby demands that the State Case, no. CIV2001401, be remanded pursuant to the directive to the *USDC* pursuant to 28 U.S. Code § 1447(c).

43. It has been said; it shall be done.

44. This *USDC* does not have jurisdiction to hear the State Case.

45. This *USDC* is not recognized by me with jurisdiction to hear the State Case.

46. I do not consent to *USDC* hearing any part of the State Case.

47. I demand that *USDC* remand the State Case back to the original state court for adjudication.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: September15, 2020

_____
Veronica Gonzales,
California Superior Court Plaintiff without an attorney
and One of the People of the California Republic