Joseph E. Addiego III (CA SBN 169522)
Frederick A. Haist (CA SBN 211322)
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:      (415) 276-6599
Email:           joeaddiego@dwt.com
                    frederickhaist@dwt.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VERONICA GONZALES,<br><br>           Plaintiff,<br><br>      v.<br><br>JPMORGAN CHASE BANK, N.A. *et al*.,<br><br>           Defendants. | Case No.  4:20-cv-05494-YGR<br><br>**JPMORGAN CHASE BANK, N.A.'S RENOTICE OF MOTION TO DISMISS COMPLAINT**<br><br>New Date:         November 10, 2020<br>New Time:         2:00 pm<br>New Courtroom: TBD<br>New Judge:        Yvonne Gonzalez Rogers<br><br>Complaint Filed:  June 19, 2020<br>Removal Filed:    August 10, 2020 |

**RENOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN THAT on September 30, 3030 (dkt. 24) the Court ordered all hearing dates vacated (but did not vacate briefing schedules) and indicated that any prior pending motions would need to be re-noticed before Judge Yvonne Gonzalez Rogers.  Thus, on November 10, 2020, at 2:00 p.m., or as soon thereafter as the matter may be heard before the Honorable Yvonne Gonzalez Rogers in Courtroom 1 of the Northern District of California, hearing method to be determined, Defendant JPMorgan Chase Bank, N.A. (Chase) will and hereby does move the Court under Federal Rule of Civil Procedure 12(b)(6) to dismiss Plaintiff Veronica Gonzales's Complaint.  Judge Gonzalez Rogers's scheduling notes indicate that she will take motions under submission or indicate she will conduct oral arguments, which she will hold on Zoom.  *See* https://apps.cand.uscourts.gov/CEO/cfd.aspx?7145#Notes.

Chase requests this Court enter an order dismissing Plaintiff Veronica Gonzales's Complaint with prejudice and without leave to amend for failing to state an actionable claim. Chase previously filed its moving papers on August 13, 2020, dkt. 7-8.

DATED:  October 2, 2020               Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP
JOSEPH E. ADDIEGO III
FREDERICK A. HAIST


By: *Joseph E. Addiego III*
     Joseph E. Addiego III

Attorneys for JPMorgan Chase Bank, N.A.

1
RENOTICE OF MOTION TO DISMISS COMPLAINT
Case No.  4:20-cv-05494-YGR