**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VERONICA ANN GONZALES**,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**JPMORGAN CHASE BANK, N.A., ET AL.**,<br><br>　　　　　　Defendants. | Case No.  4:20-cv-05494-YGR<br><br>**ORDER VACATING HEARING** |

The Court has reviewed the papers submitted by the parties regarding defendants JPMorgan Chase Bank N.A.'s and U.S. Bank National Association's motions to dismiss, and plaintiff Veronica Ann Gonzales' motion to remand, and has determined that the motions are appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78.  *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 728-29 (9th Cir. 1991).  Accordingly, the hearing set for November 10, 2020 is **VACATED**.  The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Dated: October 29, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**