UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| VERONICA GONZALES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JP MORGAN CHASE BANK, N.A.; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WACHOVIA BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR MSSTR 2004-1; WELLS FARGO BANK, N.A.; QUALITY LOAN SERVICE CORPORATION; NORTHWEST TRUSTEE SERVICES, INC.; JULIET BERNAL; and DOES 1 through 20,<br><br>　　　　Defendants. | CASE NO.: 4:20-cv-05494-YGR<br><br>[The Hon. Yvonne Gonzalez Rogers]<br><br>**JUDGMENT OF DISMISSAL** |

/ / /

/ / /

/ / /

This action came before the Court on the defendants' motions to dismiss. The issues have been tried, heard or decided by the Court, and thus:

IT IS ORDERED AND DECREED that judgment is hereby entered in favor of the following defendants: JP MORGAN CHASE BANK, N.A.; U.S. BANK, N.A., successor-in-interest to Wachovia Bank, N.A., as trustee for MSSTR 2004-1; and WELLS FARGO BANK, N.A. (collectively, the "bank defendants"). This judgment is entered in accordance with the Court's order issued on March 22, 2021, granting the motions to dismiss by each of the bank defendants in full, and without leave to amend (Doc. 31).[1]

Dated: April 6, 2021

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

---

[1] The remaining defendants in this action (Quality Loan Service Corporation, Northwest Trustee Services, Inc., and Juliet Bernal) have not been served and are dismissed without prejudice.